1
2
3
4
5
6
7
8
9

10          **IN THE UNITED STATES DISTRICT COURT**

11          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

12

JOSEPH ROBERT McCLINTIC, an          CASE NO.  1:13-cv-439 LJO-GSA
13   individual, by and through his
     Guardian ad Litem, MARLENE
14   A. HUBBELL in her capacity as
     co-trustee of the JOSEPH ROBERT
15   McCLINTIC LIVING TRUST,

16                  Plaintiffs,

17   vs.
                                          ORDER APPOINTING GUARDIAN AD
18                                         LITEM FOR JOSEPH McCLINTIC

19   UNITED STATES POSTAL SERVICE;
     BERTHA CERVANTES, individually and   (Doc. 3)
20   in her official capcity; and DOES 1
     THROUGH 50, inclusive,
21

22                  Defendants.
     _____/
23

24          On March 25, 2013, Plaintiff, filed an Ex Parte Application for Appointment of Guardian ad

25   Litem for Mr. Jospeh Robert McClintic ("Mr. McClintic").  (Doc. 3).  Mr. McClintic is eighty-four

26   (84) years of age and resides in an assisted living facility.  The Court takes judicial notice of the fact

27   that Mr. McClintic is presently subject to a temporary conservatorship pursuant to orders made in the

28   matter of *Conservatorship of the Person and Estate of Joseph Robert McClintic*, Fresno County

                                          1

1   Superior Court, Case No. 10 CEPR01130.

2       Ms. Hubbell is the natural daughter of Mr. McClintic and has requested that she be appointed

3   his guardian ad litem in this action.  She is currently co-trustee of The Joseph Robert McClintic

4   Living Trust dated June 4, 2010.  She is also an attorney who is admitted and licensed to practice law

5   in the State of California as well as before this Court.

6       The court has determined that pursuant to Federal Rule of Civil Procedure 17(c), a guardian

7   ad litem  is appropriate.  Upon a consideration of the application, the court has determined that the

8   petition should be granted.

9       IT IS HEREBY ORDERED that Marlene A. Hubbell is appointed as guardian ad litem for

10  plaintiff Joseph Robert McClintic in this action.

11

12

13

14

15

16      IT IS SO ORDERED.

17      **Dated:   April 22, 2013**            **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

2