**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ROBERT McCLINTIC, an individual, by and through his Guardian ad Litem, MARLENE A. HUBBELL in her capacity as co-trustee of the JOSEPH ROBERT McCLINTIC LIVING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE; BERTHA CERVANTES, individually and in her official capcity; and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | CASE NO. 1:13-cv-439 LJO-GSA<br><br><br><br><br><br>ORDER APPOINTING GUARDIAN AD LITEM FOR JOSEPH McCLINTIC<br><br>(Doc. 3) |

On March 25, 2013, Plaintiff, filed an Ex Parte Application for Appointment of Guardian ad Litem for Mr. Jospeh Robert McClintic ("Mr. McClintic"). (Doc. 3). Mr. McClintic is eighty-four (84) years of age and resides in an assisted living facility. The Court takes judicial notice of the fact that Mr. McClintic is presently subject to a temporary conservatorship pursuant to orders made in the matter of *Conservatorship of the Person and Estate of Joseph Robert McClintic*, Fresno County

1

1  Superior Court, Case No. 10 CEPR01130.

2      Ms. Hubbell is the natural daughter of Mr. McClintic and has requested that she be appointed
3  his guardian ad litem in this action.  She is currently co-trustee of The Joseph Robert McClintic
4  Living Trust dated June 4, 2010.  She is also an attorney who is admitted and licensed to practice law
5  in the State of California as well as before this Court.

6      The court has determined that pursuant to Federal Rule of Civil Procedure 17(c), a guardian
7  ad litem  is appropriate.  Upon a consideration of the application, the court has determined that the
8  petition should be granted.

9      IT IS HEREBY ORDERED that Marlene A. Hubbell is appointed as guardian ad litem for
10  plaintiff Joseph Robert McClintic in this action.

16  IT IS SO ORDERED.

17  **Dated:** **April 22, 2013**         /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE