**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ROBERT McCLINTIC, et al. | 1:13-cv-00439-LJO-GSA |
| Plaintiffs, | **ORDER ON DEFENDANT UNITED STATES' UNOPPOSED MOTION TO DISMISS** (Doc. 23) |
| v. | |
| UNITED STATES POSTAL SERVICE, et al. | |
| Defendants. | |

Plaintiffs Joseph Robert McClintic, through his guardian ad litem Marlene Hubbell, and Marlene Hubbell, as co-trustee of the Joseph McClintic Living Trust, filed a complaint against defendants the United States Postal Service; Bertha Cervantes, a United States postal carrier; and Does 1 through 50. Plaintiffs allege that defendants are liable for Ms. Cervantes' alleged execution of a "sweetheart swindle scam" against Mr. McClintic in which she conned Mr. McClintic out of approximately $38,000 in gifts and monies.

The United States, on behalf of the United States Postal Service, filed a motion to dismiss all claims against it, with prejudice, for failure to establish subject matter jurisdiction and failure to state a claim. Plaintiffs filed a statement of non-opposition to the motion.

The United States' unopposed motion to dismiss all claims against it is GRANTED. All claims

1

against the United States are DISMISSED WITH PREJUDICE.  The Clerk is DIRECTED to enter judgment in favor of the United States.  The hearing set for July 2, 2013 is VACATED.

IT IS SO ORDERED.

Dated:   **June 21, 2013**                                 **/s/ Lawrence J. O'Neill**
                                                                               UNITED STATES DISTRICT JUDGE