UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBERT McCLINTIC, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>BERTHA CERVANTES,<br><br>    Defendant.<br>_____/ | CASE NO. CV F 13-0439 LJO GSA<br><br>**ORDER TO DENY RELIEF**<br>(Doc. 32.) |

  Pro se defendant Bertha Cervantes filed October 3, 2013 papers (doc. 32), which this Court construes to attempt to dismiss claims against her. Ms. Cervantes' papers fail to warrant dismissal of claims against her or related relief. This Court DENIES dismissal of claims against Ms. Cervantes and DIRECTS the clerk to term doc. 32.

IT IS SO ORDERED.

 Dated:  **October 4, 2013**      **/s/ Lawrence J. O'Neill**
                   UNITED STATES DISTRICT JUDGE