BONNIE J. ANDERSON, SBN 192210
ANDERSON LAW OFFICES, PC
Post Office Box 25776
401 West Fallbrook Avenue, Suite 102
Fresno, California 93729-5776
Telephone: (559) 840-2830
Facsimile:  (559) 840-1822
Email: bonnie@bjalaw.com

Attorneys for Plaintiffs,
JOSEPH ROBERT McCLINTIC, an individual, by and through his
Guardian ad Litem, MARLENE A. HUBBELL, and MARLENE A.
HUBBELL in her capacity as co-trustee of the JOSEPH ROBERT
McCLINTIC LIVING TRUST

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| JOSEPH ROBERT McCLINTIC, an individual, by and through his Guardian ad Litem, MARLENE A. HUBBELL, and MARLENE A. HUBBELL in her capacity as co-trustee of the JOSEPH ROBERT McCLINTIC LIVING TRUST,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>UNITED STATES POSTAL SERVICE; BERTHA CERVANTES, individually and in her official capacity; and DOES 1 THROUGH 50, inclusive,<br><br>                    Defendants. | Case No. **1:13-cv-00439-LJO-GSA**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS AND SCHEDULING CONFERENCE** |

IT IS HEREBY STIPULATED by and between the parties, Plaintiffs, JOSEPH

ROBERT McCLINTIC, an individual, by and through his Guardian ad Litem, MARLENE A.

HUBBELL, and MARLENE A. HUBBELL in her capacity as co-Trustee of the JOSEPH

ROBERT McCLINTIC LIVING TRUST (collectively referred to as "Plaintiffs") and

Defendant BERTHA CERVANTES ("Defendant", and collectively referred to herein as "the

Parties"), by and through their respective attorneys of record as follows:

          1.          The purpose for this Stipulation is because Plaintiffs' counsel, Bonnie J.

Anderson and Anderson Law Offices, PC, will be withdrawing from representation of

Plaintiffs in this action and the Stipulation to Continue the hearing on Defendant's Motion to

1   Dismiss and to continue the January 8, 2014 Scheduling Conference will provide sufficient

2   time for Plaintiffs to retain new counsel and for that counsel to become familiar with this

3   action, prepare an opposition to the pending Motion to Dismiss and prepare a further amended

4   Joint Scheduling Conference Statement with Defendant's counsel.

5          2.      Defendant's Motion to Dismiss, currently set for hearing on December 5, 2013,

6   at 8:30 a.m., in Courtroom 4, is continued to February 6, 2014, at 8:30 a.m., in Courtroom 4.

7   Plaintiffs' opposing papers will be due not less than 14 calendar days prior to the date of the

8   continued hearing of February 6, 2014.

9          3.      The continued Scheduling Conference currently set for January 8, 2014, at

10  10:00 a.m., in Courtroom 10, is continued to February 26, 2014, at 10:00 a.m., in Courtroom

11  10.  The Parties will also file an Amended Joint Scheduling Conference Statement at least one

12  week prior to the continued scheduling Conference date.

13         4.      The Parties also agree that, should any of the above-referenced proposed dates

14  be inconvenient or unacceptable for any reason, the Court has the discretion to set other dates

15  which are more convenient or acceptable.  However, counsel request that, in any event, the

16  current proposed dates in this matter be continued to a time that is at least after February 5,

17  2014.

18  Dated:  November 15, 2013.                    ANDERSON LAW OFFICES, PC

19

20                                               By:   /S/   *Bonnie J. Anderson*
                                                      BONNIE J. ANDERSON
21                                                Attorneys for Plaintiffs, JOSEPH ROBERT
                                                  McCLINTIC, an individual, by and through his
                                                  Guardian ad Litem, MARLENE A. HUBBELL,
22                                                MARLENE A. HUBBELL in her capacity as
                                                  co-Trustee of the JOSEPH ROBERT
23                                                McCLINTIC LIVING TRUST

24

25  Dated:  November 15, 2013.                    LAW OFFICE OF JACOB J. RIVAS

26

27                                               By:   /S/   *Jacob J. Rivas*
                                                      JACOB J. RIVAS
                                                  Attorney for Defendant BERTHA CERVANTES
28  / / /

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order to:

1.      Continue the hearing on Defendant BERTHA CERVANTES' Motion to Dismiss from December 5, 2013 at 8:30 a.m., to February 6, 2014, at 8:30 a.m., with Plaintiffs' opposing papers to be filed and served not less than 14 calendar days prior to the continued hearing date; and,

2.      Continue the Scheduling Conference from January 8, 2014, at 10:00 a.m., to February 26, 2014, at 10:00 a.m., with the Parties to file an Amended Joint Scheduling Conference Statement at least one week prior to the continued scheduling Conference date.

IT IS SO ORDERED.

Dated:   **November 18, 2013**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE